IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL GARCIA-GUIA,

    Defendant.

:
:
:
:
:

Case No. 3:07cr081
Case No. 3:13cv212

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY ADOPTING SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #976) IN THEIR ENTIRETY AND OVERRULING DEFENDANT'S OBJECTIONS THERETO (DOC. #996); DEFENDANT'S SECTION 2255 MOTION DISMISSED WITH PREJUDICE AS TIME-BARRED, HIS CLAIM OF EQUITABLE TOLLING NOT WITHSTANDING; JUDGMENT TO ENTER ACCORDINGLY; CERTIFICATE OF APPEALABILITY AND ANTICIPATED REQUEST TO APPEAL *IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth in the Magistrate Judge's Second Supplemental Report and Recommendations (Doc. #976), as well as upon a thorough *de novo* review of the entirety of this Court's file and the applicable law, said Second Supplemental Report and Recommendations are adopted in their entirety. Defendant's Objections said judicial filing (Doc. #996) are overruled.

In ruling as aforesaid, this Court makes the following, non-exclusive, observations:

Defendant simply failed to show that the two prison lockdowns in questions, the last of which ended more than six months prior to the expiration of the one year period set forth for the Defendant to file his § 2255 Motion, had any effect upon his failure to file within the time fixed

by law. Indeed, the conclusion is inescapable that the Defendant's failure to file in timely fashion is the result of a miscalculation of the due date of his filing.

WHEREFORE, based upon the aforesaid, this Court orders judgment in favor of the Plaintiff and against Defendant herein, dismissing Defendant's § 2255 Motion as time-barred, his claim of equitable tolling notwithstanding.

Given that the result reached herein would not be debatable among jurists of reason and, further, given that Defendant has failed to come forth with a substantial showing of the denial of a constitutional right, a Certificate of Appealability is denied. Moreover, given that any appeal of this Court's Decision herein would be objectively frivolous, Defendant is denied an anticipated motion seeking leave to appeal *in forma pauperis*.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 14, 2014

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Daniel Garcia-Guia, *Pro Se*