Case: 3:07-cr-00081-WHR Doc #: 1081 Filed: 06/21/24 Page: 1 of 1  PAGEID #: 6672

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

United States of America
v.
Daniel Garcia-Guia

Case No: 3:07CR81-1
USM No: 44544-061

Date of Original Judgment: 09/30/2009
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible for a sentence reduction under Amendment 821(A) because he was not assessed two criminal history points under USSG Section 4A1.1(d).

Except as otherwise provided, all provisions of the judgment dated 09/30/2009 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6-21-24

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Walter H. Rice, United States District Judge
*Printed name and title*