THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF
AMERICA,

        Plaintiff,

    v.

DANIEL GARCIA-GUIA,

        Defendant.

      :

      :

      :

Case No. 3:07-cr-81 (1)

Judge Walter H. Rice

---

ORDER SUSTAINING MOTION TO SUPPLEMENT AND OVERRULING
MOTION FOR REDUCTION OF SENTENCE REDUCTION PURSUANT
TO 18 U.S.C. § 3582 (DOC. #1084) OF DEFENDANT DANIEL
GARCIA-GUIA

---

Before the Court is the Consolidated Motion to Supplement and Motion for

Reduction of Sentence Pursuant to 18 U.S.C. § 3582 ("Compassionate Release

Motion") of Defendant Daniel Garcia-Guia.  (Doc. #1084).  In the Motion to

Supplement, Defendant seeks to submit outside materials in support of his

Compassionate Release Motion and to argue that *Alleyne v. United States*, while

not retroactive, should be considered by this Court in determining whether his

sentence is "unusually long." (*Id*. at PAGEID 6703, citing *Alleyne*, 570 U.S. 99

(2013)).  These requests are well-taken, and the Motion to Supplement is

SUSTAINED.

However, in the Entry overruling his previous Motion for Compassionate

Release (Doc. #1083), the Court concluded that even if there were a change of

law to consider, the nature and circumstances of his particular crime meant that

his sentence was not unusually long; thus, Defendant was not eligible for relief under Amendment 814 to the United States Sentencing Guidelines.  (Doc. 1085, PAGEID 6721-23, citing 21 U.S.C. § 848(a); U.S. SENT'G GUIDELINES MANUAL § 1B1.13(b)(6)).  Defendant has submitted nothing in the instant Motion and supporting exhibits that would cause the Court to reconsider that conclusion. Accordingly, the Compassionate Release Motion is OVERRULED.

The captioned case remains terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

*Walter H. Rice*

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

December 5, 2024

2